UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER<br>1718 Connecticut Ave., N.W.<br>Suite 200<br>Washington, DC 20009<br><br>   Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION<br>Washington, DC 20530<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No._____<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for the Electronic Privacy Information Center ("EPIC"), certify that to the best of my knowledge and belief, EPIC is a District of Columbia corporation with no parent company. No publicly held company owns more than 10% of stock in EPIC.

These representations are made in order that judges of this court may determine the need for recusal.

                                 Attorney of Record

                       Ginger McCall, Esquire (DC Bar # 1001104)
                         Electronic Privacy Information Center
                             1718 Connecticut Ave. NW
                                   Suite 200
                               Washington, DC 20009
                                  202-483-1140