FOIA Summons
1/13

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| Electronic Privacy Information Center | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| | ) | |
| v. | ) | Civil Action No. 13-442 |
| Federal Bureau of Investigation | ) | |
| | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To:   *(Defendant's name and address)*

Ronald Machen
United States Attorney for the District of Columbia
c/o Civil Process Clerk
555 4th St. NW
Washington, DC 20530

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ginger McCall
Electronic Privacy Information Center
1718 Connecticut Ave., NW
Suite 200
Washington, DC 20009

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



*ANGELA D. CAESAR, CLERK OF COURT*

Date:  4/9/13

/S/ T. Davis

*Signature of Clerk or Deputy Clerk*

Tawana Davis
Digitally signed by Tawana Davis
DN: cn=Tawana Davis, o=U.S. District Court for DC, ou=Clerk's Office, email=dcd_cmecf@dcd.uscourts.gov, c=US
Date: 2013.04.09 17:08:46 -04'00'

FOIA Summons
1/13

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Electronic Privacy Information Center )
*Plaintiff* )
)
v. ) Civil Action No. 13-442
)
Federal Bureau of Investigation )
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Federal Bureau of Investigation
Washington, DC 20530

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ginger McCall
Electronic Privacy Information Center
1718 Connecticut Ave., NW
Suite 200
Washington, DC 20009

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 4/9/13

/s/ T. Davis
*Signature of Clerk or Deputy Clerk*



Tawana Davis

Digitally signed by Tawana Davis
DN: cn=Tawana Davis, o=U.S. District Court for DC, ou=Clerk's Office, email=dcd_cmecf@dcd.uscourts.gov, c=US
Date: 2013.04.09 17:09:09 -04'00'

FOIA Summons
1/13

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Electronic Privacy Information Center )
         *Plaintiff* )
)
    v. )   Civil Action No. 13-442
Federal Bureau of Investigation )
         *Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    Eric Holder
    Attorney General of the United States of America
    United States Department of Justice
    950 Pennsylvania Avenue
    Washington, DC 20530

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Ginger McCall
    Electronic Privacy Information Center
    1718 Connecticut Ave., NW
    Suite 200
    Washington, DC 20009

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



*ANGELA D. CAESAR, CLERK OF COURT*

Date: 4/9/13

/s/ T. Davis

*Signature of Clerk or Deputy Clerk*

Tawana Davis

Digitally signed by Tawana Davis
DN: cn=Tawana Davis, o=U.S. District Court for DC, ou=Clerk's Office, email=dcd_cmecf@dcd.uscourts.gov, c=US
Date: 2013.04.09 17:09:40 -04'00'