CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

Electronic Privacy Information Center
　　　Plaintiff(s)

Civil Action No. 13-442

vs.

Federal Bureau of Investigation
　　　Defendant(s)

## AFFIDAVIT OF MAILING

I, __Ginger McCall__, hereby state that:

On the __16th__ day of __April__, __2013__, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

Eric Holder Attorney General of the United States of America United States Department of Justice 950 Pennsylvania Avenue Washington, DC 20530

I have received the receipt for the certified mail, No. __70122920000004366266__ (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the __22nd__ day of __April__, __2013__.

I declare under penalty of perjury that the foregoing is true and correct.

__April 26, 2013__　　　　　　　　　　　　　　　_[Signature]_
　　　(Date)　　　　　　　　　　　　　　　　　　(Signature)



Search USPS.com or Track Packages

Quick Tools    Ship a Package    Send Mail    Manage Your Mail    Shop    Business Solutions

# Track & Confirm

GET EMAIL UPDATES    PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| [illegible] | First-Class Mail® | Delivered | April 22, 2013, 4:52 am | WASHINGTON, DC 20530 | Expected Delivery By: April 17, 2013 Certified Mail™ |
| Show Details | | | | | |
| | First-Class Mail® | Delivered | April 22, 2013, 4:52 am | WASHINGTON, DC 20530 | Expected Delivery By: April 17, 2013 Certified Mail™ |
| Hide Details | | | | | |
| | | Available for Pickup | April 21, 2013, 1:35 pm | WASHINGTON, DC 20530 | |
| | | Arrival at Unit | April 21, 2013, 10:30 am | WASHINGTON, DC 20018 | |
| | | Depart USPS Sort Facility | April 17, 2013 | CAPITOL HEIGHTS, MD 20790 | |
| | | Processed at USPS Origin Sort Facility | April 16, 2013, 8:28 pm | CAPITOL HEIGHTS, MD 20790 | |
| | | Dispatched to Sort Facility | April 16, 2013, 5:22 pm | WASHINGTON, DC 20009 | |
| | | Acceptance | April 16, 2013, 4:17 pm | WASHINGTON, DC 20009 | |
| | First-Class Mail® | Delivered | April 22, 2013, 4:52 am | WASHINGTON, DC 20530 | Expected Delivery By: April 17, 2013 Certified Mail™ |
| Show Details | | | | | |

GET EMAIL UPDATES    PRINT DETAILS

**Check on Another Item**

What's your label (or receipt) number?

LEGAL
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

ON USPS.COM
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Site Index ›



CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

Electronic Privacy Information Center
    Plaintiff(s)

vs.

Civil Action No. 13-442

Federal Bureau of Investigation
    Defendant(s)

### AFFIDAVIT OF MAILING

I, Ginger McCall, hereby state that:

On the 16th day of April, 2013, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

FBI, Justice Management Division, Department of Justice, 950 Pennsylvania Ave. NW, Washington, DC 20530

I have received the receipt for the certified mail, No. 70122920000004366280 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 22nd day of April, 2013.

I declare under penalty of perjury that the foregoing is true and correct.

April 26, 2013
(Date)

(Signature)

4/26/13 USPS.com® - Track & Confirm

English | Customer Service | USPS Mobile | Case 1:13-cv-00442-RBW Document 5 Filed 04/26/13 Page 4 of 6 | Register / Sign In

# USPS.COM

Search USPS.com or Track Packages

Quick Tools | Ship a Package | Send Mail | Manage Your Mail | Shop | Business Solutions

# Track & Confirm

GET EMAIL UPDATES    PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| Show Details | First-Class Mail® | Delivered | April 22, 2013, 4:52 am | WASHINGTON, DC 20530 | Expected Delivery By: April 17, 2013 Certified Mail™ |
| Show Details | First-Class Mail® | Delivered | April 22, 2013, 4:52 am | WASHINGTON, DC 20530 | Expected Delivery By: April 17, 2013 Certified Mail™ |
| Hide Details | First-Class Mail® | Delivered | April 22, 2013, 4:52 am | WASHINGTON, DC 20530 | Expected Delivery By: April 17, 2013 Certified Mail™ |
| | | Available for Pickup | April 21, 2013, 1:35 pm | WASHINGTON, DC 20530 | |
| | | Arrival at Unit | April 21, 2013, 10:30 am | WASHINGTON, DC 20018 | |
| | | Depart USPS Sort Facility | April 17, 2013 | CAPITOL HEIGHTS, MD 20790 | |
| | | Processed at USPS Origin Sort Facility | April 16, 2013, 8:28 pm | CAPITOL HEIGHTS, MD 20790 | |
| | | Dispatched to Sort Facility | April 16, 2013, 5:22 pm | WASHINGTON, DC 20009 | |
| | | Acceptance | April 16, 2013, 4:16 pm | WASHINGTON, DC 20009 | |

GET EMAIL UPDATES    PRINT DETAILS

**Check on Another Item**

What's your label (or receipt) number?



U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®
WASHINGTON DC 20530      OFFICIAL USE
Postage $ $1.32    0277
Certified Fee $3.10    06
Return Receipt Fee (Endorsement Required) $0.00    Postmark Here
Restricted Delivery Fee (Endorsement Required) $0.00
Total Postage & Fees $ $4.42    04/16/2013
Sent To FBI, Justice Mgmt Division
Street, Apt. No.; or PO Box No. 950 Pennsylvania Ave, NW
City, State, ZIP+4 Washington, DC 20530-001
PS Form 3800, August 2006    See Reverse for Instructions

LEGAL | ON USPS.COM | USPS SITES
Privacy Policy › | Government | ss Customer Gateway ›
Terms of Use › | Buy Stamps | nspectors ›
FOIA › | Print a Label | or General ›
No FEAR Act EEO Data › | Customer S | xplorer ›
| Site Index › |

CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

Electronic Privacy Information Center
  Plaintiff(s)

Civil Action No. 13-442

vs.

Federal Bureau of Investigation
  Defendant(s)

### AFFIDAVIT OF MAILING

I, Ginger McCall , hereby state that:

On the 16th day of April , 2013 , I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

Ronald Machen, United States Attorney for the District of Columbia, c/o Civil Process Clerk, 555 4th St. NW, Washington, DC 20530

I have received the receipt for the certified mail, No. 70122920000004366259 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 22nd day of April , 2013 .

I declare under penalty of perjury that the foregoing is true and correct.

April 26, 2013
(Date)

(Signature)



USPS.COM

Search USPS.com or Track Packages

Quick Tools | Ship a Package | Send Mail | Manage Your Mail | Shop | Business Solutions

# Track & Confirm

GET EMAIL UPDATES   PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
|  | First-Class Mail® | Delivered | April 22, 2013, 4:52 am | WASHINGTON, DC 20530 | Expected Delivery By: April 17, 2013 Certified Mail™ |
| Hide Details |  |  |  |  |  |
|  |  | Available for Pickup | April 21, 2013, 1:35 pm | WASHINGTON, DC 20530 |  |
|  |  | Arrival at Unit | April 21, 2013, 10:30 am | WASHINGTON, DC 20018 |  |
|  |  | Depart USPS Sort Facility | April 17, 2013 | CAPITOL HEIGHTS, MD 20790 |  |
|  |  | Processed at USPS Origin Sort Facility | April 16, 2013, 8:28 pm | CAPITOL HEIGHTS, MD 20790 |  |
|  |  | Dispatched to Sort Facility | April 16, 2013, 5:22 pm | WASHINGTON, DC 20009 |  |
|  |  | Acceptance | April 16, 2013, 4:16 pm | WASHINGTON, DC 20009 |  |
|  | First-Class Mail® | Delivered | April 22, 2013, 4:52 am | WASHINGTON, DC 20530 | Expected Delivery By: April 17, 2013 Certified Mail™ |
| Show Details |  |  |  |  |  |
|  | First-Class Mail® | Delivered | April 22, 2013, 4:52 am | WASHINGTON, DC 20530 | Expected Delivery By: April 17, 2013 Certified Mail™ |
| Show Details |  |  |  |  |  |

GET EMAIL UPDATES   PRINT DETAILS

**Check on Another Item**

What's your label (or receipt) number?



LEGAL
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

ON USPS.COM
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Site Index ›