UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER )<br>1718 Connecticut Ave., N.W. )<br>Washington, DC  20009 )<br>  )<br>        Plaintiff,     )<br>  )<br>    v.         )<br>  )<br>FEDERAL BUREAU OF INVESTIGATION )<br>Washington, DC  20530 )<br>  )<br>        Defendant.    ) | Civil Action No.<br>13-cv-442  (RBW) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Marcia K. Sowles, U.S. Department of Justice, at the address and telephone number listed below, hereby enters her appearance as counsel for the defendant in this case.

>Respectfully submitted,
>
>STUART F. DELERY
>Assistant Attorney General
>
>ELIZABETH J. SHAPIRO
>Deputy Branch Director
>
>s/Marcia K. Sowles
>MARCIA K. SOWLES
>DC Bar No. 369455
>Senior Counsel
>United States Department of Justice
>Civil Division, Federal Programs Branch
>20 Massachusetts Avenue N.W.  Room 7114
>Washington, D.C.  20530
>Tel.: (202) 514- 4960
>Fax: (202) 616- 8470
>E-mail:  marcia.sowles@usdoj.gov
>
>Attorneys for Defendant