**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 13-442 (RBW) |
| FEDERAL BUREAU OF INVESTIGATION | ) ) ) | |
| Defendant. | ) ) | |

**JOINT PROPOSED BRIEFING SCHEDULE**

Pursuant to the Court's Order dated May 30, 2013, Dkt. No. 8, the Parties have conferred and hereby propose the following schedule to govern this Freedom of Information Act case:

1. Defendant will produce to Plaintiff all non-exempt responsive materials on or before August 30, 2013, with an interim production on or before July 31, 2013.

2. Defendant will file a Motion for Summary Judgment, on or before October 15, 2013.

3. Plaintiff will file an Opposition to Defendant's Motion and any Cross-Motion for Summary Judgment on or before November 14, 2013.

4. Defendant will file an Opposition to Plaintiff's Cross-Motion and a Reply Memorandum in Support of its Motion for Summary Judgment on or before December 5, 2013.

5. Plaintiff will file a Reply Brief on or before January 8, 2014.

| | |
|---|---|
| Date: June 26, 2013 | Respectfully submitted, |
| MARC ROTENBERG<br>President and Executive Director | STUART F. DELERY<br>Acting Assistant Attorney General |
| *s/Ginger P. McCall*<br>GINGER P. MCCALL<br>(DC Bar No. 1001104) | RONALD C. MACHEN, JR.<br>United States Attorney |
| DAVID BRODY∗<br>Electronic Privacy<br>Information Center<br>1718 Connecticut Avenue, N.W.<br>Suite 200<br>Washington, D.C. 20009<br>Telephone: (202) 483-1140<br>Fax: (202) 483-1248<br>mccall@epic.org<br>Attorneys for Plaintiff | ELIZABETH J. SHAPIRO<br>Deputy Director, Federal Programs<br>Branch, Civil Division<br><br> *s/Marcia K. Sowles*<br>MARCIA KAY SOWLES<br>(DC Bar No. 369455)<br>Senior Counsel,<br>U.S. Department of Justice Civil Division, Federal Programs Branch<br>20 Massachusetts Ave N.W., RM. 7302<br>Washington, D.C. 20001<br>Telephone: (202) 514-4960<br>Fax: (202) 616-8470<br>marcia.sowles@usdoj.gov<br><br>Attorneys for Defendant |

---

∗ Admitted to practice in California, admission pending in D.C.