UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 13-0442 (RBW) |

## ORDER

Upon consideration of the parties' Joint Proposed Briefing Schedule, it is hereby

**ORDERED** that the defendant shall produce to the plaintiff all non-exempt responsive materials on or before August 30, 2013, with an interim production on or before July 31, 2013. It is further

**ORDERED** that the defendant shall file its motion for summary judgment on or before October 15, 2013; the plaintiff shall file its opposition to the defendant's motion and cross-motion for summary judgment on or before November 14, 2013; the defendant shall file its opposition to the plaintiff's cross-motion and reply in support of its motion for summary judgment on or before December 5, 2013; and the plaintiff shall file its reply in support of its cross-motion on or before January 8, 2014.  It is further

**ORDERED** that the parties shall appear before the Court for a status conference on a date to be determined by the Clerk.

**SO ORDERED** this 28th day of June, 2013.

                     REGGIE B. WALTON
                     United States District Judge