UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES CENTRAL )<br>INTELLIGENCE AGENCY )<br>)<br>Defendant. )<br>) | 1:13-cv-00442 (RBW) |

## NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

Please enter the appearance of Marc Rotenberg, Esquire as counsel in this case for the Electronic Privacy Information Center.

                                        Respectfully submitted,

      By:              /s/

Marc Rotenberg, Esquire
(DC Bar # 422825)
Ginger P. McCall, Esquire
(DC Bar #1001104)
ELECTRONIC PRIVACY
INFORMATION CENTER
1718 Connecticut Avenue, N.W.
Suite 200
Washington, D.C. 20009
(202) 483-1140 (telephone)
(202) 483-1248 (facsimile)

Dated: August 27, 2013