**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER ) ) ) ) Plaintiff, ) v. ) ) FEDERAL BUREAU ) OF INVESTIGATION ) ) Defendant. ) ) | No. 1:13-cv-00442 (JEB) |

## BILL OF LITIGATION FEES AND COSTS

Costs:

| | |
|---|---|
| Filing Fee, EPIC v. FBI (Filed April 8, 2013): | $350.00 |

Fees:

| | |
|---|---|
| Litigation Fees, Marc Rotenberg: $505 (Laffey) x 8.7 hours | $4,393.50 |
| Litigation Fees, Ginger McCall: $290 (Laffey) x 1.3 hours | $377.00 |
| Litigation Fees, Julia Horwitz: $245 (Laffey) x 16.3 hours | $3,993.50 |
| Litigation Fees, Jeramie D. Scott: $245 (Laffey) x 11.3 hours | $2,768.50 |
| Litigation Fees, David Brody: $245 (Laffey) x 16.2 hours | $3,969.00 |
| Total: | $15,851.50 |