Case Billing Record

# Electronic Privacy Information Center (EPIC)

1718 Connecticut Ave., NW • Suite 200 • Washington, DC 20009

**Case No. 13-442**
**EPIC v FBI (Next-Gen ID)**

| Date | Attorney Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 2/28/2013 | David Brody | 4.0 | $245.00 | $980.00 |
| | **Description:** Draft complaint | | | |
| 3/13/2013 | David Brody | 0.5 | $245.00 | $122.50 |
| | **Description:** Edit complaint | | | |
| 3/14/2013 | David Brody | 0.1 | $245.00 | $24.50 |
| | **Description:** Conference to discuss filing documents (Other EPIC staff present: G. McCall) | | | |
| 3/14/2013 | Ginger McCall | 0.1 | $290.00 | $29.00 |
| | **Description:** Conference to discuss filing documents (Other EPIC staff present: D. Brody) | | | |
| 3/14/2013 | David Brody | 1.0 | $245.00 | $245.00 |
| | **Description:** Draft all initiating documents | | | |
| 3/18/2013 | David Brody | 0.4 | $245.00 | $98.00 |
| | **Description:** Conference to discuss revisions to complaint (Other EPIC staff present: G. McCall, M. Rotenberg) | | | |
| 3/18/2013 | Ginger McCall | 0.4 | $290.00 | $116.00 |
| | **Description:** Conference to discuss revisions to complaint (Other EPIC staff present: D. Brody, M. Rotenberg) | | | |
| 3/18/2013 | Marc Rotenberg | 0.4 | $505.00 | $202.00 |
| | **Description:** Conference to discuss revisions to complaint (Other EPIC staff present: D. Brody, G. McCall) | | | |
| 3/18/2013 | David Brody | 2.4 | $245.00 | $588.00 |
| | **Description:** Edit complaint and filing documents | | | |
| 4/3/2013 | David Brody | 1.8 | $245.00 | $441.00 |
| | **Description:** Draft memo on complaint and litigation options | | | |
| 4/4/2013 | Marc Rotenberg | 0.8 | $505.00 | $404.00 |
| | **Description:** Conference to discuss complaint (Other EPIC staff present: G. McCall, D. Brody) | | | |

Case Billing Record

# Electronic Privacy Information Center (EPIC)

1718 Connecticut Ave., NW • Suite 200 • Washington, DC 20009

**Case No. 13-442**
**EPIC v FBI (Next-Gen ID)**

| Date | Attorney Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 4/4/2013 | Ginger McCall | 0.8 | $290.00 | $232.00 |
| | **Description:** Conference to discuss complaint (Other EPIC staff present: M. Rotenberg, D. Brody) | | | |
| 4/4/2013 | David Brody | 0.8 | $245.00 | $196.00 |
| | **Description:** Conference to discuss complaint (Other EPIC staff present: M. Rotenberg, G. McCall) | | | |
| 4/4/2013 | Marc Rotenberg | 0.8 | $505.00 | $404.00 |
| | **Description:** Conference to discuss complaint | | | |
| 4/4/2013 | David Brody | 1.0 | $245.00 | $245.00 |
| | **Description:** Edit complaint and filing documents | | | |
| 4/5/2013 | David Brody | 3.0 | $245.00 | $735.00 |
| | **Description:** Edit complaint and filing documents | | | |
| 4/5/2013 | Marc Rotenberg | 1.6 | $505.00 | $808.00 |
| | **Description:** Edit draft complaint | | | |
| 4/5/2013 | Marc Rotenberg | 0.3 | $505.00 | $151.50 |
| | **Description:** Research for complaint | | | |
| 4/8/2013 | David Brody | 0.7 | $245.00 | $171.50 |
| | **Description:** File complaint and associated documents | | | |
| 4/16/2013 | David Brody | 0.5 | $245.00 | $122.50 |
| | **Description:** Draft summons and service documents | | | |
| 8/27/2013 | Julia Horwitz | 0.2 | $245.00 | $49.00 |
| | **Description:** Conference to discuss transfer of case from D. Brody and G. McCall to J. Scott and J. Horwitz (Other EPIC staff present: J. Scott, M. Rotenberg) | | | |
| 8/27/2013 | Jeramie Scott | 0.2 | $245.00 | $49.00 |
| | **Description:** Conference to discuss transfer of case from D. Brody and G. McCall to J. Scott and J. Horwitz (Other EPIC staff present: J. Horwitz, M. Rotenberg) | | | |

Case Billing Record

# Electronic Privacy Information Center (EPIC)

1718 Connecticut Ave., NW • Suite 200 • Washington, DC 20009

**Case No. 13-442**
**EPIC v FBI (Next-Gen ID)**

| Date | Attorney Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 8/27/2013 | Marc Rotenberg | 0.2 | $505.00 | $101.00 |
| | **Description:** Conference to discuss transfer of case from D. Brody and G. McCall to J. Scott and J. Horwitz(Other EPIC staff present: J. Horwitz, J. Scott) | | | |
| 8/30/2013 | Jeramie Scott | 0.3 | $245.00 | $73.50 |
| | **Description:** Conference to discuss opposing counsel's document production and planning for phone call to confirm status of document production (Other EPIC | | | |
| 8/30/2013 | Julia Horwitz | 0.3 | $245.00 | $73.50 |
| | **Description:** Conference to discuss opposing counsel's document production and planning for phone call to confirm status of document production (Other EPIC | | | |
| 8/30/2013 | Marc Rotenberg | 0.3 | $505.00 | $151.50 |
| | **Description:** Conference to discuss opposing counsel's document production and planning for phone call to confirm status of document production (Other EPIC | | | |
| 9/3/2013 | Jeramie Scott | 0.1 | $245.00 | $24.50 |
| | **Description:** Conference to discuss next steps (Other EPIC staff present: J. Horwitz, M. Rotenberg) | | | |
| 9/3/2013 | Julia Horwitz | 0.1 | $245.00 | $24.50 |
| | **Description:** Conference to discuss next steps (Other EPIC staff present: J. Scott, M. Rotenberg) | | | |
| 9/3/2013 | Marc Rotenberg | 0.1 | $505.00 | $50.50 |
| | **Description:** Conference to discuss next steps (Other EPIC staff present: J. Scott, J. Horwitz) | | | |
| 9/3/2013 | Jeramie Scott | 0.2 | $245.00 | $49.00 |
| | **Description:** Tele-Conference with opposing counsel about the court-ordered production (Other EPIC staff present: J. Horwitz, M. Rotenberg) | | | |
| 9/3/2013 | Julia Horwitz | 0.2 | $245.00 | $49.00 |
| | **Description:** Tele-Conference with opposing counsel about the court-ordered production (Other EPIC staff present: J. Scott, M. Rotenberg) | | | |
| 9/3/2013 | Marc Rotenberg | 0.2 | $505.00 | $101.00 |
| | **Description:** Tele-Conference with opposing counsel about the court-ordered production (Other EPIC staff present: J. Scott, J. Horwitz) | | | |
| 9/4/2013 | Jeramie Scott | 1.5 | $245.00 | $367.50 |
| | **Description:** Review document production from FBI | | | |

Case Billing Record

# Electronic Privacy Information Center (EPIC)

1718 Connecticut Ave., NW • Suite 200 • Washington, DC 20009

**Case No. 13-442**
**EPIC v FBI (Next-Gen ID)**

| Date | Attorney Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 9/4/2013 | Jeramie Scott | 0.1 | $245.00 | $24.50 |
| | **Description:** Tele-Conference to leave voicemail message for opposing counsel M. Sowles | | | |
| 9/10/2013 | Jeramie Scott | 1.0 | $245.00 | $245.00 |
| | **Description:** Review the court-ordered document production from the FBI to determine the propriety of the exemptions claimed | | | |
| 9/11/2013 | Jeramie Scott | 1.0 | $245.00 | $245.00 |
| | **Description:** Review the court-ordered document production from the FBI to determine the propriety of the exemptions claimed | | | |
| 9/12/2013 | Jeramie Scott | 0.3 | $245.00 | $73.50 |
| | **Description:** Draft memo on court ordered production of FOIA documents to assess adequacy of agency's response | | | |
| 9/20/2013 | Jeramie Scott | 0.2 | $245.00 | $49.00 |
| | **Description:** Conference to discuss questions raised during review of the court-ordered production (Other EPIC staff present: J. Horwitz, M. Rotenberg) | | | |
| 9/20/2013 | Julia Horwitz | 0.2 | $245.00 | $49.00 |
| | **Description:** Conference to discuss questions raised during review of the court-ordered production (Other EPIC staff present: J. Scott, M. Rotenberg) | | | |
| 9/20/2013 | Marc Rotenberg | 0.2 | $505.00 | $101.00 |
| | **Description:** Conference to discuss questions raised during review of the court-ordered production (Other EPIC staff present: J. Scott, J. Horwitz) | | | |
| 9/20/2013 | Jeramie Scott | 0.1 | $245.00 | $24.50 |
| | **Description:** E-Mail to opposing counsel, M. Sowles, to arrange teleconference | | | |
| 9/23/2013 | Jeramie Scott | 0.1 | $245.00 | $24.50 |
| | **Description:** Conference to prepare for phone call with opposing counsel (Other EPIC staff present: J. Horwitz, M. Rotenberg) | | | |
| 9/23/2013 | Julia Horwitz | 0.1 | $245.00 | $24.50 |
| | **Description:** Conference to prepare for phone call with opposing counsel (Other EPIC staff present: J. Scott, M. Rotenberg) | | | |
| 9/23/2013 | Marc Rotenberg | 0.1 | $505.00 | $50.50 |
| | **Description:** Conference to prepare for phone call with opposing counsel (Other EPIC staff present: J. Scott, J. Horwitz) | | | |

Case Billing Record

# Electronic Privacy Information Center (EPIC)

1718 Connecticut Ave., NW • Suite 200 • Washington, DC 20009

**Case No. 13-442**
**EPIC v FBI (Next-Gen ID)**

| Date | Attorney Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 9/23/2013 | Jeramie Scott | 0.1 | $245.00 | $24.50 |
| | **Description:** Conference after phone call with M. Sowles to discuss next steps (Other EPIC staff present: J. Horwitz, M. Rotenberg) | | | |
| 9/23/2013 | Julia Horwitz | 0.1 | $245.00 | $24.50 |
| | **Description:** Conference after phone call with M. Sowles to discuss next steps (Other EPIC staff present: J. Scott, M. Rotenberg) | | | |
| 9/23/2013 | Marc Rotenberg | 0.1 | $505.00 | $50.50 |
| | **Description:** Conference after phone call with M. Sowles to discuss next steps (Other EPIC staff present: J. Scott, J. Horwitz) | | | |
| 9/23/2013 | Julia Horwitz | 0.2 | $245.00 | $49.00 |
| | **Description:** Tele-Conference with opposing counsel (M. Sowles) to discuss the adequacy of FBI's document production, and challenging certain withholdings | | | |
| 9/23/2013 | Marc Rotenberg | 0.2 | $505.00 | $101.00 |
| | **Description:** Tele-Conference with opposing counsel (M. Sowles) to discuss the adequacy of FBI's document production, and challenging certain withholdings | | | |
| 9/23/2013 | Jeramie Scott | 0.2 | $245.00 | $49.00 |
| | **Description:** Tele-Conference with opposing counsel (M. Sowles) to discuss the adequacy of FBI's document production, and challenging certain withholdings | | | |
| 10/7/2013 | Julia Horwitz | 0.3 | $245.00 | $73.50 |
| | **Description:** Conference to discuss the possibility of settling the case; reviewing phone message from opposing counsel (Other EPIC staff present: J. Scott, M. | | | |
| 10/7/2013 | Jeramie Scott | 0.3 | $245.00 | $73.50 |
| | **Description:** Conference to discuss the possibility of settling the case; reviewing phone message from opposing counsel (Other EPIC staff present: J. Horwitz, | | | |
| 10/7/2013 | Marc Rotenberg | 0.3 | $505.00 | $151.50 |
| | **Description:** Conference to discuss the possibility of settling the case; reviewing phone message from opposing counsel (Other EPIC staff present: J. Horwitz, | | | |
| 10/7/2013 | Jeramie Scott | 0.3 | $245.00 | $73.50 |
| | **Description:** Conference to discuss proposed settlement and the legal standards for eligibility for attorney's fees (Other EPIC staff present: J. Horwitz, M. | | | |
| 10/7/2013 | Julia Horwitz | 0.3 | $245.00 | $73.50 |
| | **Description:** Conference to discuss proposed settlement and the legal standards for eligibility for attorney's fees (Other EPIC staff present: J. Scott, M. Rotenberg) | | | |

Case Billing Record

# Electronic Privacy Information Center (EPIC)

1718 Connecticut Ave., NW • Suite 200 • Washington, DC 20009

### Case No. 13-442
### EPIC v FBI (Next-Gen ID)

| Date | Attorney Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 10/7/2013 | Marc Rotenberg | 0.3 | $505.00 | $151.50 |
| | **Description:** Conference to discuss proposed settlement and the legal standards for eligibility for attorney's fees (Other EPIC staff present: J. Scott, J. Horwitz) | | | |
| 10/7/2013 | Julia Horwitz | 0.1 | $245.00 | $24.50 |
| | **Description:** E-Mail with J. Scott to discuss voicemail from opposing counsel regarding furlough | | | |
| 10/7/2013 | Jeramie Scott | 0.1 | $245.00 | $24.50 |
| | **Description:** E-Mail update on teleconference with opposing counsel (Other EPIC staff present: M. Rotenberg) | | | |
| 10/7/2013 | Marc Rotenberg | 0.1 | $505.00 | $50.50 |
| | **Description:** E-Mail update on teleconference with opposing counsel (Other EPIC staff present: J. Scott) | | | |
| 10/7/2013 | Jeramie Scott | 0.2 | $245.00 | $49.00 |
| | **Description:** E-Mail with opposing counsel, M. Sowles, to arrange a discussion of Ms. Sowles' proposed joint stipulation of dismissal | | | |
| 10/7/2013 | Jeramie Scott | 0.2 | $245.00 | $49.00 |
| | **Description:** Tele-Conference with opposing counsel (M. Sowles) to discuss the document EPIC believed to be missing from the production | | | |
| 10/7/2013 | Jeramie Scott | 0.1 | $245.00 | $24.50 |
| | **Description:** Tele-Conference with M. Sowles | | | |
| 10/7/2013 | Jeramie Scott | 0.3 | $245.00 | $73.50 |
| | **Description:** Tele-Conference with M. Sowles regarding government's proposed extension (Other EPIC staff present: J. Horwitz, M. Rotenberg) | | | |
| 10/7/2013 | Julia Horwitz | 0.3 | $245.00 | $73.50 |
| | **Description:** Tele-Conference with M. Sowles regarding government's proposed extension (Other EPIC staff present: J. Scott, M. Rotenberg) | | | |
| 10/7/2013 | Marc Rotenberg | 0.3 | $505.00 | $151.50 |
| | **Description:** Tele-Conference with M. Sowles regarding government's proposed extension (Other EPIC staff present: J. Scott, J. Horwitz) | | | |
| 10/28/2013 | Jeramie Scott | 0.1 | $245.00 | $24.50 |
| | **Description:** E-Mail with M. Sowles | | | |

Case Billing Record

# Electronic Privacy Information Center (EPIC)

1718 Connecticut Ave., NW • Suite 200 • Washington, DC 20009

### Case No. 13-442
### EPIC v FBI (Next-Gen ID)

| Date | Attorney Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 10/31/2013 | Jeramie Scott | 0.1 | $245.00 | $24.50 |
| | **Description:** E-Mail co-counsel to discuss email to M. Sowles | | | |
| 11/5/2013 | Jeramie Scott | 0.2 | $245.00 | $49.00 |
| | **Description:** Conference to discuss billing records in anticipation of settlement (Other EPIC staff present: J. Horwitz, M. Rotenberg) | | | |
| 11/5/2013 | Julia Horwitz | 0.2 | $245.00 | $49.00 |
| | **Description:** Conference to discuss billing records in anticipation of settlement (Other EPIC staff present: J. Scott, M. Rotenberg) | | | |
| 11/5/2013 | Marc Rotenberg | 0.2 | $505.00 | $101.00 |
| | **Description:** Conference to discuss billing records in anticipation of settlement (Other EPIC staff present: J. Scott, J. Horwitz) | | | |
| 11/5/2013 | Jeramie Scott | 0.1 | $245.00 | $24.50 |
| | **Description:** E-Mail to confirm teleconference | | | |
| 11/5/2013 | Julia Horwitz | 0.1 | $245.00 | $24.50 |
| | **Description:** Tele-Conference with M. Sowles to confirm receipt of an additional document and to discuss settlement options (Other EPIC staff present: M. | | | |
| 11/5/2013 | Marc Rotenberg | 0.1 | $505.00 | $50.50 |
| | **Description:** Tele-Conference with M. Sowles to confirm receipt of an additional document and to discuss settlement options (Other EPIC staff present: J. | | | |
| 11/5/2013 | Jeramie Scott | 0.1 | $245.00 | $24.50 |
| | **Description:** Tele-Conference with M. Sowles to confirm receipt of an additional document and to discuss settlement options (Other EPIC staff present: J. | | | |
| 11/7/2013 | Julia Horwitz | 2.0 | $245.00 | $490.00 |
| | **Description:** Preparation and editing of billing record | | | |
| 11/7/2013 | Marc Rotenberg | 0.3 | $505.00 | $151.50 |
| | **Description:** Review billing records | | | |
| 11/18/2013 | Julia Horwitz | 0.2 | $245.00 | $49.00 |
| | **Description:** Tele-Conference with opposing counsel regarding EPIC's bill and proposed settlement (Other EPIC staff present: M. Rotenberg, J. Scott) | | | |

Case Billing Record

# Electronic Privacy Information Center (EPIC)

1718 Connecticut Ave., NW • Suite 200 • Washington, DC 20009

### Case No. 13-442
### EPIC v FBI (Next-Gen ID)

| Date | Attorney Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 11/18/2013 | Marc Rotenberg | 0.2 | $505.00 | $101.00 |
| | **Description:** Tele-Conference with opposing counsel regarding EPIC's bill and proposed settlement (Other EPIC staff present: J. Horwitz, J. Scott) | | | |
| 11/18/2013 | Jeramie Scott | 0.2 | $245.00 | $49.00 |
| | **Description:** Tele-Conference with opposing counsel regarding EPIC's bill and proposed settlement (Other EPIC staff present: J. Horwitz, M. Rotenberg) | | | |
| 12/3/2013 | Julia Horwitz | 0.3 | $245.00 | $73.50 |
| | **Description:** Conference to discuss FBI's missed deadline (Other EPIC staff present: J. Scott) | | | |
| 12/3/2013 | Jeramie Scott | 0.3 | $245.00 | $73.50 |
| | **Description:** Conference to discuss FBI's missed deadline (Other EPIC staff present: J. Horwitz) | | | |
| 12/3/2013 | Julia Horwitz | 0.5 | $245.00 | $122.50 |
| | **Description:** Conference to discuss case law pertaining to lapsed deadlines in FOIA and the relevant provisions in the FRCP  (Other EPIC staff present: M. | | | |
| 12/3/2013 | Marc Rotenberg | 0.5 | $505.00 | $252.50 |
| | **Description:** Conference to discuss case law pertaining to lapsed deadlines in FOIA and the relevant provisions in the FRCP  (Other EPIC staff present: J. Horwitz, | | | |
| 12/3/2013 | Jeramie Scott | 0.5 | $245.00 | $122.50 |
| | **Description:** Conference to discuss case law pertaining to lapsed deadlines in FOIA and the relevant provisions in the FRCP  (Other EPIC staff present: J. Horwitz, | | | |
| 12/3/2013 | Julia Horwitz | 0.2 | $245.00 | $49.00 |
| | **Description:** Conference to plan next steps  (Other EPIC staff present: J. Scott, M. Rotenberg) | | | |
| 12/3/2013 | Jeramie Scott | 0.2 | $245.00 | $49.00 |
| | **Description:** Conference to plan next steps  (Other EPIC staff present: J. Horwitz, M. Rotenberg) | | | |
| 12/3/2013 | Marc Rotenberg | 0.2 | $505.00 | $101.00 |
| | **Description:** Conference to plan next steps  (Other EPIC staff present: J. Horwitz, J. Scott) | | | |
| 12/3/2013 | Jeramie Scott | 0.2 | $245.00 | $49.00 |
| | **Description:** E-Mail with opposing counsel to set up telephone conference and raise issue of missed deadline | | | |

Case Billing Record

# Electronic Privacy Information Center (EPIC)

1718 Connecticut Ave., NW • Suite 200 • Washington, DC 20009

**Case No. 13-442**
**EPIC v FBI (Next-Gen ID)**

| Date | Attorney Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 12/3/2013 | Jeramie Scott | 1.0 | $245.00 | $245.00 |
| | **Description:** Research default judgments with respect to missing deadlines | | | |
| 12/3/2013 | Julia Horwitz | 0.2 | $245.00 | $49.00 |
| | **Description:** Tele-Conference with M. Sowles regarding FBI's missed deadline and proposed next steps (Other EPIC staff present: M. Rotenberg, J. Scott) | | | |
| 12/3/2013 | Marc Rotenberg | 0.2 | $505.00 | $101.00 |
| | **Description:** Tele-Conference with M. Sowles regarding FBI's missed deadline and proposed next steps (Other EPIC staff present: J. Horwitz, J. Scott) | | | |
| 12/3/2013 | Jeramie Scott | 0.2 | $245.00 | $49.00 |
| | **Description:** Tele-Conference with M. Sowles regarding FBI's missed deadline and proposed next steps (Other EPIC staff present: J. Horwitz, M. Rotenberg) | | | |
| 12/4/2013 | Jeramie Scott | 0.5 | $245.00 | $122.50 |
| | **Description:** Draft joint status report | | | |
| 12/4/2013 | Jeramie Scott | 0.2 | $245.00 | $49.00 |
| | **Description:** E-Mail with opposing counsel regarding joint status report | | | |
| 12/4/2013 | Jeramie Scott | 0.3 | $245.00 | $73.50 |
| | **Description:** Edit joint status report | | | |
| 12/11/2013 | Julia Horwitz | 4.0 | $245.00 | $980.00 |
| | **Description:** Draft motion for fees | | | |
| 12/11/2013 | Julia Horwitz | 0.2 | $245.00 | $49.00 |
| | **Description:** Tele-Conference with Court clerk to discuss lack of judicial order regarding joint stipulation (Other EPIC staff present: M. Rotenberg, J. Scott) | | | |
| 12/11/2013 | Marc Rotenberg | 0.2 | $505.00 | $101.00 |
| | **Description:** Tele-Conference with Court clerk to discuss lack of judicial order regarding joint stipulation (Other EPIC staff present: J. Horwitz, J. Scott) | | | |
| 12/11/2013 | Jeramie Scott | 0.2 | $245.00 | $49.00 |
| | **Description:** Tele-Conference with Court clerk to discuss lack of judicial order regarding joint stipulation (Other EPIC staff present: J. Horwitz, M. Rotenberg) | | | |

Case Billing Record

# Electronic Privacy Information Center (EPIC)

1718 Connecticut Ave., NW • Suite 200 • Washington, DC 20009

**Case No. 13-442**
**EPIC v FBI (Next-Gen ID)**

| Date | Attorney Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 12/13/2013 | Julia Horwitz | 4.0 | $245.00 | $980.00 |
| | **Description:** Edit motion for fees | | | |
| 12/13/2013 | Julia Horwitz | 2.0 | $245.00 | $490.00 |
| | **Description:** Preparation of affidavits and bills for filing | | | |
| 12/13/2013 | Marc Rotenberg | 0.5 | $505.00 | $252.50 |
| | **Description:** Review motion for fees | | | |
| **Total Hours:** | **53.8** | | **Total Amount:** | **$15,501.50** |