IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER </br></br> Plaintiff, </br> v. </br></br> FEDERAL BUREAU OF INVESTIGATION </br></br> Defendant. | No. 1:13-00442 (RBW) |

## AFFIDAVIT OF JERAMIE D. SCOTT

1. My name is Jeramie D. Scott, and all statements made herein are true, and based on my personal knowledge.

2. I am an adult resident of the District of Columbia.

3. I am employed by the Electronic Privacy Information Center (EPIC), and I am the National Security Counsel.

4. I am a 2012 graduate of New York University School of Law.

5. I am a member in good standing of the Bar of New York.

6. I performed 11.3 hours of work on behalf of EPIC in the above-captioned matter.

7. This calculation is supported by the contemporaneously-generated time records that I recorded throughout the litigation of the above-captioned matter.

8. According to the *Laffey* Matrix, published by the United States Attorney's Office for the District of Columbia, the hourly billable rate for my services from June 1, 2013 – May 31, 2014 is $245 per hour.

9. Pursuant to the *Laffey* Matrix, my fees billed in this matter amount to $2,768.50.

10. Such fees are reasonable.

11. I declare under penalty of perjury that the foregoing is true and correct. Executed on December 13, 2013.

*Jeramie D. Scott*
Jeramie D. Scott