# EXHIBIT 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WILLIAM A. DAVY, JR.,            )
                                 )
            Plaintiff,           )
                                 )
     v.                          ) Civil Action No. 00-2134 (RCL)
                                 )
CENTRAL INTELLIGENCE AGENCY,     )
                                 )                **FILED**
            Defendant.           )
_____)                MAY 7 2001

ORDER                               NANCY MAYER WHITTINGTON, CLERK
                                    U.S. DISTRICT COURT

UPON CONSIDERATION of the Joint Stipulation to Set Schedule For Defendant's Responses to Plaintiff's FOIA Requests, and the entire record herein, it is this 4th day of May, 2001, hereby ORDERED nunc pro tunc, that

1. No later than April 30, 2001, the CIA will provide Plaintiff all responsive documents, if any, based on his 1994 FOIA request for records on Project QKENCHANT and Project ZRCLIFF ("First Response").

2. No later than May 31, 2001, the CIA will provide Plaintiff all responsive documents, if any, to his 2000 FOIA request for records on Project QKENCHANT and Project ZRCLIFF, updating the searches represented in the First Response ("Second Response")

3. As soon as possible after May 31, 2001, but in no case later than July 31, 2001, the CIA will provide Plaintiff all responsive documents, if any, to his request for records concerning the searches conducted in response to his 1994 FOIA request ("Third Response").



22

4. As soon as possible, but no later than May 31, 2001, the CIA will provide Plaintiff with an estimated delivery date for the Third Response.

FURTHER ORDERED that if the CIA is able to prepare and issue the First or Second Responses prior to the dates set forth above, it will do so.

It is So ORDERED.

                                        */s/ Royce C. Lamberth*
                                        The Honorable Royce C. Lamberth
                                        United States District Court

Copies to:

| | |
|---|---|
| James H. Lesar | Edith M. Shine |
| 1003 K Street, NW | Judiciary Center Building |
| Suite 204 | Assistant United States Attorney |
| Washington, D.C. 20001 | 555 4th Street, NW |
| | Room 10-449 |
| | Washington, D.C. 20001 |