UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v.                    ) <br> ) <br> ) <br> FEDERAL BUREAU OF INVESTIGATION ) <br> ) <br> Defendant.    ) | Civil Action No. <br> 13-cv-442   (RBW) |

## **PROPOSED ORDER**

Upon consideration of Plaintiff's Motion for an Award of Attorneys' Fees and Costs, the opposition thereto, and the complete record in this case, it is hereby

ORDERED that Plaintiff's Motion is DENIED.

SO ORDERED.

Date: _____

_____
United States District Court Judge