**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER ⟩⟩⟩⟩ Plaintiff, ⟩ v. ⟩ FEDERAL BUREAU OF INVESTIGATION ⟩⟩⟩ Defendant. ⟩ | ) ) ) ) ) ) No. 1:13-cv-00442 (JEB) ) ) ) ) ) ) ) |

## **SUPPLEMENTAL BILL OF LITIGATION FEES**

Fees:
Litigation Fees, Marc Rotenberg:
$505 (Laffey) x 3.3 hours                           $1,666.50

Litigation Fees, Julia Horwitz:
$245 (Laffey) x 8.2 hours                           $2,009.00

Litigation Fees, Jeramie D. Scott:
$245 (Laffey) x 10.6 hours                          $2,597.00

Total:                                              $6,272.50