## Case Billing Record

# Electronic Privacy Information Center (EPIC)

1718 Connecticut Ave., NW • Suite 200 • Washington, DC 20009

**Case No. 13-442**
**EPIC v FBI (Next-Gen ID)**

| Date | Attorney Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 1/16/2014 | Julia Horwitz | 0.2 | $245.00 | $49.00 |
| | **Description:** Conference to discuss edits to reply motion (Other EPIC staff present: J. Scott, M. Rotenberg) | | | |
| 1/16/2014 | Julia Horwitz | 4.0 | $245.00 | $980.00 |
| | **Description:** Draft FOIA sections of reply motion for attorneys' fees | | | |
| 1/16/2014 | Julia Horwitz | 2.0 | $245.00 | $490.00 |
| | **Description:** Preparation of bills, motions, and exhibits for reply motion for attorneys' fees | | | |
| 1/17/2014 | Julia Horwitz | 2.0 | $245.00 | $490.00 |
| | **Description:** Edit FOIA sections of reply motion for attorneys' fees | | | |

**Total Hours:  8.2**                                      **Total Amount:    $2,009.00**