# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER )<br><br>Plaintiff, )<br>v. )<br><br>FEDERAL BUREAU OF INVESTIGATION )<br><br>Defendant. ) | No. 1:13-00442 (RBW) |

## **AFFIDAVIT OF JULIA HORWITZ**

1. My name is Julia Horwitz, and all statements made herein are true, and based on my personal knowledge.

2. I am an adult resident of Maryland.

3. I am employed by the Electronic Privacy Information Center (EPIC), where I am Open Government Counsel and Coordinator of the EPIC Open Government Program.

4. I am a 2012 graduate of The University of Chicago Law School.

5. I am a member in good standing of the Bar of Maryland.

6. I am an Adjunct Professor at Georgetown University Law Center where I have taught The Law of Open Government since 2013.

7. I performed 8.2 hours of additional work on behalf of EPIC in the above-captioned matter following the filing of Plaintiff's Motion for Attorneys' Fees and Costs on December 13, 2013.

8. This calculation is supported by the contemporaneously-generated time records that I recorded throughout the litigation of the above-captioned matter.

9. According to the *Laffey* Matrix, published by the United States Attorney's Office for the District of Columbia, the hourly billable rate for my services from June 1, 2013 to May 31, 2014 is $245 per hour.

10. Pursuant to the *Laffey* Matrix, my fees billed in this matter amount to an additional $2,009.00.

11. Such fees are reasonable.

12. I declare under penalty of perjury that the foregoing is true and correct. Executed on January 17, 2014.

_____
Julia Horwitz