Case Billing Record

# Electronic Privacy Information Center (EPIC)

1718 Connecticut Ave., NW • Suite 200 • Washington, DC 20009

**Case No. 13-442**
**EPIC v FBI (Next-Gen ID)**

| Date | Attorney Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 1/16/2014 | Marc Rotenberg | 0.2 | $505.00 | $101.00 |
| | **Description:** Conference to discuss edits to reply motion (Other EPIC staff present: J. Scott, J. Horwitz) | | | |
| 1/16/2014 | Marc Rotenberg | 2.5 | $505.00 | $1,262.50 |
| | **Description:** Review and edit reply motion for attorneys' fees | | | |
| 1/17/2014 | Marc Rotenberg | 0.6 | $505.00 | $303.00 |
| | **Description:** Edit reply motion for fees | | | |
| **Total Hours:** | 3.3 | | **Total Amount:** | $1,666.50 |