Case Billing Record

# Electronic Privacy Information Center (EPIC)

1718 Connecticut Ave., NW • Suite 200 • Washington, DC 20009

**Case No. 13-442**
**EPIC v FBI (Next-Gen ID)**

| Date | Attorney Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 1/15/2014 | Jeramie Scott | 0.7 | $245.00 | $171.50 |
| | **Description:** Draft reply motion for fees | | | |
| 1/15/2014 | Jeramie Scott | 2.2 | $245.00 | $539.00 |
| | **Description:** Review defendant's opposition and exhibits, and research new cases cited by defendant | | | |
| 1/16/2014 | Jeramie Scott | 0.2 | $245.00 | $49.00 |
| | **Description:** Conference to discuss edits to reply motion (Other EPIC staff present: J. Horwitz, M. Rotenberg) | | | |
| 1/16/2014 | Jeramie Scott | 1.7 | $245.00 | $416.50 |
| | **Description:** Draft reply motion for fees | | | |
| 1/16/2014 | Jeramie Scott | 0.7 | $245.00 | $171.50 |
| | **Description:** Edit reply motion for fees | | | |
| 1/16/2014 | Jeramie Scott | 1.8 | $245.00 | $441.00 |
| | **Description:** Research additional cases and news stories | | | |
| 1/17/2014 | Jeramie Scott | 3.3 | $245.00 | $808.50 |
| | **Description:** Edit reply motion for fees | | | |

**Total Hours:** 10.6                                           **Total Amount:** $2,597.00