UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,           ) | |
| ) | |
| Plaintiff,           ) | |
| ) | |
| v.           ) | Civil Action No. |
| ) | 13-cv-442   (TSC) |
| ) | |
| FEDERAL BUREAU OF INVESTIGATION           ) | |
| ) | |
| Defendant.           ) | |

**UNOPPOSED MOTION TO RESET DATE FOR STATUS CONFERENCE**

On August 14, 2014, this Court issued a minute order setting a status conference for August 21, 2014 at 11:00 a.m. in Courtroom 2.  Defendant Federal Bureau of Investigation respectfully requests that the date for the status conference and filing of a joint status conference be reset because its undersigned counsel will not be available on that date because she will be on previously planned vacation.  Pursuant to Local Rule 7(m), Defendant's counsel has contacted Plaintiff's counsel for regarding this motion and the dates on which they would be available for a status conference.  Plaintiff's counsel stated that would be amenable to rescheduling the status conference.  Both Plaintiff's and Defendant's counsel are available on the following dates: September 3, 4, 5, 8 and 10.  Pursuant to the minute order, the parties will discuss whether mediation would be beneficial and submit a joint status report at least two days prior the status conference.

                                        Respectfully submitted,

                                        STUART F. DELERY
                                        Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

s/Marcia K. Sowles
MARCIA K. SOWLES
DC Bar No. 369455
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.  Room 7114
Washington, D.C.  20530
Tel.: (202) 514- 4960
Fax: (202) 616- 8470
E-mail:  marcia.sowles@usdoj.gov

Attorneys for Defendant