UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **ELECTRONIC PRIVACY INFORMATION CENTER**, <br><br> Plaintiff, <br><br> v. <br><br> **FEDERAL BUREAU OF INVESTIGATION**, <br><br> Defendant. | Civil Action No. 2013-cv-00442 (TSC) |

## ORDER AND JUDGMENT

In accordance with the Court's Memorandum Opinion, entered this same date, it is hereby

**ORDERED** that EPIC's Motion for Attorney Fees and Costs (ECF No. 15) is **GRANTED IN PART**; and it is further

**ORDERED** and **ADJUDGED** that FBI shall pay EPIC attorneys' fees of $19,923.00 and costs of $350; and it is further

**ORDERED** that, pursuant to the parties' representation in their Joint Status Report (ECF No. 14) that there are no other outstanding legal issues in this matter, this case is **DISMISSED** with prejudice.

Date: November 5, 2014

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge